# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| CASSANDRA L. WYERS | PLAINTIFF |
| v. CASE NO. 2:21-CV-2031 | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | DEFENDANT |

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from Chief United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this July 25, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE